MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-4537
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MARTINI,<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC; VIRGIN ATLANTIC AIRWAYS LTD., and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-03907-MEJ<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiff Alfred Martini and Defendants British Airways Plc, Virgin Atlantic Airways Ltd., and United Air Lines, Inc. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response

-1-

pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant. Plaintiff Alfred Martini has consented to the requested extension. In support of this stipulation, the parties state:

1. The Complaint in this matter was filed on June 23, 2006. It seeks relief under the Sherman Act and the Clayton Act against three defendants on behalf of a putative class.

2. Nearly 50 similar actions have been filed in various jurisdictions around the country.

3. There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue. The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation,* MDL No. 1793.

4. The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

WHEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust*

*Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated: July 17, 2006        THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 20507)
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
T: (415) 433-2070
F: (415) 982-2076

*Counsel for Plaintiff Alfred T. Martini*

Dated: July 17, 2006        MAYER, BROWN, ROWE & MAW, LLP

/s/
EDWARD D. JOHNSON (SBN 189475)
MAYER, BROWN, ROWE & MAW, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
Andrew A. Nicely
John Roberti
MAYER, BROWN, ROWE & MAW, LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendants United Air Lines, Inc. and UAL Corp.*

-3-
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-03907-MEJ

| | |
|---|---|
| Dated: July 17, 2006 | SULLIVAN & CROMWELL LLP |
| | /s/<br>Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>T: (650) 461-5600<br>F: (650) 461-5700 |
| | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>T: (202) 956-7500<br>F: (202) 293-6330 |
| | *Attorneys for Defendant British Airways Plc* |
| Dated: July 17, 2006 | SIMPSON THACHER & BARTLETT LLP |
| | /s/<br>Charles E. Koob (SBN 047399)<br>HARRISON J. FRAHN (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304<br>T: (650) 251-5000<br>F: (650) 251-5002 |
| | *Attorneys for Defendant Virgin Atlantic Airways Ltd.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date: August 1, 2006

_____
Honorable Maxine M. ~~Chesney~~
Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-4-
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-03907-MEJ

# PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On July 17, 2006, I served the foregoing document(s) described as **U.S.**

**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael P. Lehmann (SBN 77152)<br>Jon T. King (SBN 20507)<br>THE FURTH FIRM, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303 |
| Charles E. Koob (SBN 047399)<br>HARRISON J. FRAHN (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

-5-

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-03907-MEJ

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 17, 2006, at Palo Alto, California.

/s/ _____
Shana M. Ryan

-6-
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-03907-MEJ